857 A.2d 674

**In re Opening of BALLOT BOX OF the 1ST PRECINCT OF DONEGAL, Washington County, Pennsylvania**

**Appeal of Judith Fisher.**

**In re Opening of Ballot Box of the 2nd Precinct of Donegal, Washington County, Pennsylvania**

**Appeal of Judith Fisher.**

**In re Opening of Ballot Box of the Precinct of West Alexander, Washington County, Pennsylvania**

**Appeal of Judith Fisher.**

Supreme Court of Pennsylvania.

Sept. 9, 2004.

## *ORDER*

PER CURIAM.

**AND NOW,** this 9th day of September, 2004, the above captioned appeals are quashed.